UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JOHN ROBINSON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | No. 5:22-CV-88-BM |
| FRANK BISIGNANO, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**
**This matter comes before the court on a motion for attorney fees under Section 406(b) of the Social Security Act and defendant's response.**

**IT IS ORDERED, ADJUDGED AND DECREED**: Counsel for plaintiff's motion [DE-44] for approval of attorney's fees is ALLOWED in the full amount requested of $25,400.00. The Commissioner shall release to plaintiff's counsel the amount withheld from plaintiff's past-due benefits. Upon receipt of the § 406(b) fees, plaintiff's counsel shall refund to plaintiff the sum of $5,400.00 in attorney's fees representing the attorney's fees that counsel received pursuant to the EAJA.

This Judgment Filed and Entered on September 26, 2025 with service on:
Derrick Arrowood (via CM/ECF Notice of Electronic Filing)
Cassia Parson (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler (via CM/ECF Notice of Electronic Filing)
Lisa Rayo (via CM/ECF Notice of Electronic Filing)
Wanda Mason (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

/s/ Carson Pendergrass
(By): Carson Pendergrass, Deputy Clerk